IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALINE PARENTS, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States of America,<br><br>        *Defendant*. | Civil Case No. 1:21-cv-2775-DLF |

## **MOTION TO DISMISS**

Defendant, by his undersigned counsel, hereby moves pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of this action for lack of subject matter jurisdiction and for failure to state a claim. The grounds for the aforementioned motion are set forth in the accompanying Memorandum in Support of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint. A proposed order is also submitted.

Dated February 15, 2022                     Respectfully submitted,

                                                    BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney
U. S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 514-1944
Email:  joseph.borson@usdoj.gov

*Counsel for Defendant*