**EXHIBIT B**

From: Peeples, Carlton L. (INSD) (FBI) <​█████████████​>
Sent: Wednesday, October 20, 2021 10:02 AM
To: FBI_SACS <​█████████████​>
Cc: Greenberg, Jay (CID) (FBI) <​█████████████​>; Shivers, Calvin A. (CID) (FBI) <​█████████████​>; Cohen, Brian M. (CID) (FBI) <​█████████████​>; Langan, Timothy R. Jr. (CTD) (FBI) <​█████████████​>; Vorndran, Kevin (CTD) (FBI) <​█████████████​>
Subject: Guidance: Threat to violence against School Administrators --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================



A JOINT MESSAGE FROM CRIMINAL INVESTIGATIVE DIVISION & COUNTERTERRORISM DIVISION
FEDERAL BUREAU OF INVESTIGATION

All,

On October 04, 2021, the Attorney General forwarded a memorandum addressing a spike in harassment, intimidation, and threats of violence against school administrators, board members, teachers, and staff. The memorandum directed each United States Attorney, in coordination with the FBI, to convene meetings with federal, state, local, Tribal, and territorial leaders in each federal judicial district within 30 days of the issuance of the memorandum.

We share an obligation to ensure all individuals are able to do their jobs without threats of violence or fear for their safety. This can only be accomplished with effective coordination internally between relevant Divisions and through effective coordination and engagement with our law enforcement partners and United States Attorney Offices.

As a result, the Counterterrorism and Criminal Divisions created a threat tag, EDUOFFICIALS, to track instances of related threats. We ask that your offices apply the threat tag to investigations and assessments of threats specifically directed against school board administrators, board members, teachers, and staff. The purpose of the threat tag is to help scope this threat on a national level and provide an opportunity for comprehensive analysis of the threat picture for effective engagement with law enforcement partners at all levels. When evaluating potential threats, we ask that you attempt to identify the following:

a) Is there a federal nexus?

b) Are there potential federal violations that can be investigated and charged?

c) What's the motivation behind the criminal activity?

We appreciate your attention to this matter and welcome any engagement to identify trends, strategies, and best practices to accomplish discouraging, identifying, and prosecuting those who use violence, threats of violence, and other forms of intimidation and harassment pertaining to this threat.

On behalf of,

AD Timothy R. Langan Jr.
Counterterrorism Division

AD Calvin A. Shivers
Criminal Division

Respectfully,
Carlton Peeples
A/Deputy Assistant Director
Criminal Investigative Division

```
=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED
```