IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALINE PARENTS, *et al.*,

                *Plaintiffs*,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States of America,

                *Defendant*.

Civil Case No. 1:21-cv-2775-DLF

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint is GRANTED.

DATE:                                                       _____

                                                                            UNITED STATES DISTRICT JUDGE